**WARNER'S RENOWNED REMEDIES CO. v. FEDERAL TRADE COMMISSION.**

No. 8268.

United States Court of Appeals District of Columbia.

Argued Dec. 9, 1943.
Decided Jan. 17, 1944.

Mr. John A. Nash, of Washington, D. C., with whom Mr. Horace J. Donnelly, of Washington, D. C., was on the brief, for petitioner.

Mr. Joseph J. Smith, Jr., Assistant Chief Counsel, Federal Trade Commission, of Washington, D. C., with whom Mr. W. T. Kelley, Chief Counsel, of Washington, D. C., was on the brief, for respondent. Mr. J. Wallace Nichol, of Washington, D. C., also entered an appearance for respondent.

Before GRONER, Chief Justice, and DOBIE* and ARNOLD, Associate Justices.

PER CURIAM.

Petitioner asks for a review of an order of the Federal Trade Commission compelling it to cease and desist advertising its preparations as valuable in the treatment of sterility in women. The order was based on findings by the Commission that petitioner had represented its preparations to be valuable in the treatment of functional sterility and that these preparations possessed no therapeutic value for that purpose. These findings are amply supported by the evidence.

The order of the Commission is, therefore, affirmed.

---

* Sitting by assignment of the Chief Justice of the United States, pursuant to the provisions of the Act of December 29, 1942, entitled "An Act to amend the Judicial Code to authorize the Chief Justice of the United States to assign circuit judges to temporary duty in circuits other than their own." 56 Stat. 1094, 28 U.S.C.A. §§ 17–20, 22, 23.